UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| DURHAM ENTERPRISES CORPORATION, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 26-01126 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of Plaintiff's Rule 60(b) Motion to Vacate Dismissal and Reinstate Action, ECF No. 12, and Defendant's Response, ECF No. 13, stating that Defendant does not oppose Plaintiff's motion, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that the Clerk of the Court is directed to vacate the Order of Dismissal, ECF No. 11, and reopen this case; and it is further

**ORDERED** that this matter remains stayed.

/s/ Richard K. Eaton
Judge

Dated: August 11, 2026
New York, New York